# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 26, 2007

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

133355

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellee,

v

                                  SC: 133355
                                  COA: 273970
                                  Kent CC:  03-004744-FC

MELODY HARRIS,
     Defendant-Appellant.

_____/

      On order of the Court, the application for leave to appeal the January 18, 2007 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



      I,  Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 26, 2007                                           _____

d0919                                                      Clerk